P. J. RITTER CO., APPELLANT, v. THE MAYOR OF THE CITY OF BRIDGETON ET AL., RESPONDENTS.

Argued February 5, 1948—Decided May 13, 1948.

For the appellant, *Stanger & Howell* (*Robert G. Howell*, of counsel).

For the respondents, *John A. Casarow* (*David L. Hurovitz*, of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DONGES, EASTWOOD, WELLS, DILL, McLEAN, JJ. 6.

*For reversal*—THE CHIEF JUSTICE, HEHER, BURLING, FREUND, SCHETTINO, JJ. 5.